MARTIN LUBER, by PAUL LUBER, His Guardian ad Litem, Appellant, *v.* WILLIAM J. CONNORS, Respondent.

*Luber* v. *Connors*, 152 App. Div. 897, affirmed.
(Argued May 6, 1913; decided May 20, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 23, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Henry W. Killeen* and *Charles J. Deckop* for appellant.

*George P. Keating* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., WERNER, HISCOCK, CHASE, COLLIN and HOGAN, JJ. Absent: WILLARD BARTLETT, J.